**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856−361−2300

Honorable Jerrold N. Poslusny Jr.
Jerrold N. Poslusny Jr., U.S. Bankruptcy Judge

| **CASE NUMBER:** 14−24134−JNP | **DATE FILED::** 7/10/14 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Shirley Torrado<br>xxx−xx−6537 | ADDRESS OF DEBTOR(S):<br><br>7202 Derousse Court<br>Pennsauken, NJ 08110 |
| DEBTOR'S ATTORNEY:<br>Joel R. Spivack<br>Law Office of Joel R. Spivack<br>1820 Chapel Avenue West<br>Suite 195<br>Cherry Hill, NJ 08002<br><br>(856) 488−1200 | TRUSTEE:<br>John W. Hargrave<br>Law Offices of John W. Hargrave<br>117 Clements Bridge Rd<br>Barrington, NJ 08007<br>(856) 547−6500 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

10/17/16

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: July 20, 2016                                              FOR THE COURT
                                                                              James J. Waldron, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-24134-JNP
Shirley Torrado                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Jul 20, 2016
                Form ID: noa    Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2016.
```
db             #+Shirley Torrado,    7202 Derousse Court,    Pennsauken, NJ 08110-3408
514908976       Capital One,    Hayt Hayt & Landau, LLC,    Two Industrial Way West, Meridian Center,
                  PO Box 500,    Eatontown, NJ 07724-0500
514908977      +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
514908978      +Cenlar,    PO Box 77404,    Ewing, NJ 08628-6404
514908981      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
514908982       Hayt, Hayt & Landau, LLC,    Meridian Center 1,    Two Industrial Way West,    PO Box 500,
                  Eatontown, NJ 07724-0500
514908986      +Kitvitz McKeever Lee PC,    701 Market St,    Ste 5000,    Philadelphia, PA 19106-1541
514908987      +Law Firm of Allan C. Smith, PC,    The Bucks County Office Center,    1276 Veterans Highway,
                  Suite E-1,    Bristol, PA 19007-2597
514908988      +Lyons Doughty & Veldhuis, PC,    136 Gaither Drive, Suite 100,    PO Box 1269,
                  Mount Laurel, NJ 08054-7269
515151140      +New Jersey Housing & Mortgage Finance Agency,    Cenlar, FSB,    Attn: Payment Processing,
                  425 Phillips Blvd,    Ewing, NJ 08618-1430
515074396     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                  Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
514908991       Smith Law Firm,    Bucks County Office Center,    1276 Veterans Highway,    Suite E1,
                  Bristol, PA 19007-2597
514908992      +South Jersey Federal C,    Po Box 5530,    Deptford, NJ 08096-0530
514908993       State of New Jersey,    Department of The Treasury,    Division of Pension and Benefits,
                  PO Box 295,    Trenton, NJ 08625-0295
514908997      +William E. Vaughan, Esq.,    Law Firm of Allan C. Smith, PC,    1276 Veterans Highway, Suite E-1,
                  Bristol, PA 19007-2597
514908998      +William E. Vaughan, Esq.,    Law Office of Allan C. Smith, PC,
                  1276 Veterans Highway, Suite E-1,    Bristol, PA 19007-2597
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2016 22:14:47      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2016 22:14:44      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr             +E-mail/Text: bankruptcy@southjerseyfcu.com Jul 20 2016 22:14:46      South Jersey FCU,
                  1615 Hurffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
514932846       EDI: AIS.COM Jul 20 2016 21:48:00      American InfoSource LP as agent for,
                  Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
515057627      +EDI: STFC.COM Jul 20 2016 21:49:00      CACH, LLC,    4340 S. Monaco Street,    2nd Floor,
                  Denver, CO 80237-3485
514908973      +EDI: STFC.COM Jul 20 2016 21:49:00      Cach Llc/Square Two Financial,    Attention: Bankruptcy,
                  4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
514908974      +EDI: CAPITALONE.COM Jul 20 2016 21:48:00      Cap1/bstby,    Po Box 5253,
                  Carol Stream, IL 60197-5253
514908975      +EDI: CAPITALONE.COM Jul 20 2016 21:48:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                  Po Box 30285,    Salt Lake City, UT 84130-0285
514908979      +E-mail/Text: kzoepfel@credit-control.com Jul 20 2016 22:14:49      Central Loan Admin & R,
                  425 Phillips Bv,    Ewing, NJ 08618-1430
514908980      +E-mail/Text: kzoepfel@credit-control.com Jul 20 2016 22:14:49
                  Central Loan Administration & Reporting,    PO Box 77404,    Ewing, NJ 08628-6404
514908985       EDI: IRS.COM Jul 20 2016 21:48:00      Internal Revenue Service,    PO Box 21126,
                  Philadelphia, PA 19114
514908989      +EDI: MID8.COM Jul 20 2016 21:48:00      Midland Funding,    8875 Aero Dr Ste 200,
                  San Diego, CA 92123-2255
514908990      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2016 22:14:44      Office of the U.S. Trustee,
                  District of New Jersey,    U.S. Department of Justice,    One Newark Center, Suite 2100,
                  Newark, NJ 07102-5217
515131089       EDI: PRA.COM Jul 20 2016 21:48:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                  POB 41067,    Norfolk VA 23541
515048349       EDI: TDBANKNORTH.COM Jul 20 2016 21:48:00      TD Bank N.A.,    Attn: Bankruptcy Dept.,
                  ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
514908995      +EDI: TDBANKNORTH.COM Jul 20 2016 21:48:00      Td Banknorth Maine,    Td Bank/Attn: Bankruptcy,
                  Po Box 1377,    Lewiston, ME 04243-1377
514908996      +EDI: WFFC.COM Jul 20 2016 21:48:00      Wf Fin Bank,    Attention: Bankruptcy,    Po Box 10438,
                  Des Moines, IA 50306-0438
                                                                                               TOTAL: 17
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-1           User: admin                Page 2 of 2                   Date Rcvd: Jul 20, 2016
                               Form ID: noa               Total Noticed: 33

514908983*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    Special Procedures Branch,
                 Bankruptcy Section,    PO Box 724,    Springfield, NJ 07081-0724)
514908984*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
514908994*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 269,    Trenton, NJ 08695-0269)
                                                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2016 at the address(es) listed below:
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ibalboa@standingtrustee.com
              Joel R. Spivack    on behalf of Debtor Shirley  Torrado joel@spivacklaw.com,  admin@spivacklaw.com
              John W. Hargrave     on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              John W. Hargrave     trustee@hargravelaw.com,    jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com
                                                                                             TOTAL: 7
```