**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Shirley Torrado** | Social Security number or ITIN  **xxx–xx–6537** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of New Jersey** | |
| Case number:  **14–24134–JNP** | | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shirley Torrado

7/22/16

**By the court:**   Jerrold N. Poslusny Jr.
                    Jerrold N. Poslusny Jr.
                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                              **Order of Discharge**                              page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Shirley Torrado  
    Debtor

Case No. 14-24134-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jul 22, 2016  
                         Form ID: 318     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2016.

```
db              #+Shirley Torrado,   7202 Derousse Court,   Pennsauken, NJ 08110-3408
514908976         Capital One,   Hayt Hayt & Landau, LLC,   Two Industrial Way West, Meridian Center,
                   PO Box 500,   Eatontown, NJ 07724-0500
514908977        +Cb Accts Inc,   124 Sw Adams St. Suite 215,   Peoria, IL 61602-2321
514908978        +Cenlar,   PO Box 77404,   Ewing, NJ 08628-6404
514908981        +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
514908982         Hayt, Hayt & Landau, LLC,   Meridian Center 1,   Two Industrial Way West,   PO Box 500,
                   Eatontown, NJ 07724-0500
514908986        +Kitvitz McKeever Lee PC,   701 Market St,   Ste 5000,   Philadelphia, PA 19106-1541
514908987        +Law Firm of Allan C. Smith, PC,   The Bucks County Office Center,   1276 Veterans Highway,
                   Suite E-1,   Bristol, PA 19007-2597
514908988        +Lyons Doughty & Veldhuis, PC,   136 Gaither Drive, Suite 100,   PO Box 1269,
                   Mount Laurel, NJ 08054-7269
515151140        +New Jersey Housing & Mortgage Finance Agency,   Cenlar, FSB,   Attn: Payment Processing,
                   425 Phillips Blvd,   Ewing, NJ 08618-1430
515074396       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,   Department of Treasury,
                   Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
514908991         Smith Law Firm,   Bucks County Office Center,   1276 Veterans Highway,   Suite E1,
                   Bristol, PA 19007-2597
514908992        +South Jersey Federal C,   Po Box 5530,   Deptford, NJ 08096-0530
514908993         State of New Jersey,   Department of The Treasury,   Division of Pension and Benefits,
                   PO Box 295,   Trenton, NJ 08625-0295
514908997        +William E. Vaughan, Esq.,   Law Firm of Allan C. Smith, PC,   1276 Veterans Highway, Suite E-1,
                   Bristol, PA 19007-2597
514908998        +William E. Vaughan, Esq.,   Law Office of Allan C. Smith, PC,
                   1276 Veterans Highway, Suite E-1,   Bristol, PA 19007-2597
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 22 2016 23:21:53     U.S. Attorney,   970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 22 2016 23:21:50     United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
cr              +E-mail/Text: bankruptcy@southjerseyfcu.com Jul 22 2016 23:21:51     South Jersey FCU,
                   1615 Hurffville Road,   PO Box 5530,   Deptford, NJ 08096-0530
514932846        EDI: AIS.COM Jul 22 2016 23:08:00     American InfoSource LP as agent for,
                   Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
515057627       +EDI: STFC.COM Jul 22 2016 23:08:00     CACH, LLC,   4340 S. Monaco Street,   2nd Floor,
                   Denver, CO 80237-3485
514908973       +EDI: STFC.COM Jul 22 2016 23:08:00     Cach Llc/Square Two Financial,   Attention: Bankruptcy,
                   4340 South Monaco St. 2nd Floor,   Denver, CO 80237-3485
514908974       +EDI: CAPITALONE.COM Jul 22 2016 23:08:00     Cap1/bstby,   Po Box 5253,
                   Carol Stream, IL 60197-5253
514908975       +EDI: CAPITALONE.COM Jul 22 2016 23:08:00     Capital 1 Bank,   Attn: Bankruptcy Dept.,
                   Po Box 30285,   Salt Lake City, UT 84130-0285
514908979       +E-mail/Text: kzoepfel@credit-control.com Jul 22 2016 23:32:04     Central Loan Admin & R,
                   425 Phillips Bv,   Ewing, NJ 08618-1430
514908980       +E-mail/Text: kzoepfel@credit-control.com Jul 22 2016 23:32:04
                   Central Loan Administration & Reporting,   PO Box 77404,   Ewing, NJ 08628-6404
514908985        EDI: IRS.COM Jul 22 2016 23:08:00     Internal Revenue Service,   PO Box 21126,
                   Philadelphia, PA 19114
514908989       +EDI: MID8.COM Jul 22 2016 23:08:00     Midland Funding,   8875 Aero Dr Ste 200,
                   San Diego, CA 92123-2255
514908990       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 22 2016 23:21:50     Office of the U.S. Trustee,
                   District of New Jersey,   U.S. Department of Justice,   One Newark Center, Suite 2100,
                   Newark, NJ 07102-5217
515131089        EDI: PRA.COM Jul 22 2016 23:08:00     Portfolio Recovery Associates, LLC,   c/o Capital One,
                   POB 41067,   Norfolk VA 23541
515048349        EDI: TDBANKNORTH.COM Jul 22 2016 23:08:00     TD Bank N.A.,   Attn: Bankruptcy Dept.,
                   ME2-002-035,   P.O. Box 9547,   Portland, ME 04112-9547
514908995       +EDI: TDBANKNORTH.COM Jul 22 2016 23:08:00     Td Banknorth Maine,   Td Bank/Attn: Bankruptcy,
                   Po Box 1377,   Lewiston, ME 04243-1377
514908996       +EDI: WFFC.COM Jul 22 2016 23:08:00     Wf Fin Bank,   Attention: Bankruptcy,   Po Box 10438,
                   Des Moines, IA 50306-0438
                                                                                              TOTAL: 17
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-1           User: admin               Page 2 of 2                    Date Rcvd: Jul 22, 2016
                               Form ID: 318              Total Noticed: 33

514908983*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Special Procedures Branch,
                 Bankruptcy Section,    PO Box 724,    Springfield, NJ 07081-0724)
514908984*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
514908994*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 269,    Trenton, NJ 08695-0269)
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2016 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ibalboa@standingtrustee.com
              Joel R. Spivack    on behalf of Debtor Shirley   Torrado joel@spivacklaw.com, admin@spivacklaw.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              John W. Hargrave     trustee@hargravelaw.com,    jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com
                                                                                              TOTAL: 7
```