UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JOHN W. HARGRAVE, ESQUIRE
JOHN W. HARGRAVE & ASSOCIATES
117 Clements Bridge Road
Barrington, New Jersey  08007
(856) 547-6500
Attorneys for John W. Hargrave, Chapter 7 Trustee

Order Filed on July 27, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

SHIRLEY TORRADO

Case No.:  14-24134/JNP

Chapter:  7

Judge:  Jerrold N Poslusny

## ORDER AUTHORIZING RETENTION OF

JOHN W. HARGRAVE & ASSOCIATES

The relief set forth on the following page is **ORDERED**.

**DATED: July 27, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain   John W. Hargrave & Associates

as   General Counsel to Chapter 7 Trustee  , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:   John W. Hargrave & Associates
    117 Clements Bridge Road
    Barrington, New Jersey 08007

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2