UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JOHN W. HARGRAVE, ESQUIRE
JOHN W. HARGRAVE & ASSOCIATES
117 Clements Bridge Road
Barrington, New Jersey  08007
(856) 547-6500
Attorneys for John W. Hargrave, Chapter 7 Trustee

**Order Filed on July 27, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

SHIRLEY TORRADO

Case No.:  14-24134/JNP

Chapter:  7

Judge:  Jerrold N Poslusny

# ORDER AUTHORIZING RETENTION OF
## JOHN W. HARGRAVE & ASSOCIATES

The relief set forth on the following page is **ORDERED**.

**DATED: July 27, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain  John W. Hargrave & Associates
as  General Counsel to Chapter 7 Trustee , it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.
    The professional's address is:  John W. Hargrave & Associates
    117 Clements Bridge Road
    Barrington, New Jersey 08007

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is  ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Shirley Torrado  
    Debtor

Case No. 14-24134-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jul 27, 2016  
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2016.  
db            #+Shirley Torrado,    7202 Derousse Court,    Pennsauken, NJ 08110-3408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2016 at the address(es) listed below:
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ibalboa@standingtrustee.com  
         Joel R. Spivack    on behalf of Debtor Shirley Torrado joel@spivacklaw.com, admin@spivacklaw.com  
         John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com, jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net  
         John W. Hargrave    trustee@hargravelaw.com, jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net  
         Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com  
                                                                                                                            TOTAL: 7