Order Filed on August 16, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:

Shirley Torrado

Case No.: 14-24134-JNP
Chapter 7

DEBTOR(S).

**ORDER AUTHORIZING JOHN W. HARGRAVE, CHAPTER 7 TRUSTEE,
TO SELL DEBTORS' REAL PROPERTY LOCATED AT
7202 DEROUSSE CT, PENNSAUKEN, NJ 08110**

The relief set forth on the following pages, numbered one through six, is hereby **ORDERED**.

**DATED: August 16, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

6

Case No.:          14-24134-JNP
Debtor's Name:     Shirley Torrado
Caption of Order:  **ORDER AUTHORIZING JOHN W. HARGRAVE, CHAPTER 7 TRUSTEE, TO SELL DEBTORS' REAL PROPERTY LOCATED AT 7202 DEROUSSE CT, PENNSAUKEN, NJ 08110**

This matter comes before the Court by way of Motion of John W. Hargrave, Chapter 7 Trustee in the above-captioned Chapter 7 Case. The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 21 days of the date of service. No party filed an objection within the time permitted and the Court therefore considers the matter to be unopposed. The Court has considered the Motion, together with the record, and is satisfied that the Motion is well taken and should be granted. Accordingly, it is **ORDERED**:

1. The Motion is granted.

2. The notice of the Motion is approved as proper and adequate under the circumstances.

3. The Trustee is authorized to sell the real property located at 7202 Derousse Ct, Pennsauken, NJ 08110, subject to all liens, encumbrances or interests of any party and in accordance with the terms provided for in the Motion.

4. The Trustee is authorized to take any and all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale, including, executing a Deed conveying the interests of the Debtor(s) in the Real Property to the ultimate purchaser.

5. The ultimate purchaser is authorized to communicate with any and all secured lienholders regarding the future disposition of the Property, and to that end, any unsatisfied liens or encumbrances of record.

6. The Rule 6004(h) stay period is waived and this Order shall be effective and enforceable immediately upon entry.

7