**Order Filed on August 16, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:

Shirley Torrado

Case No.: 14-24134-JNP
Chapter 7

DEBTOR(S).

**ORDER AUTHORIZING JOHN W. HARGRAVE, CHAPTER 7 TRUSTEE,
TO SELL DEBTORS' REAL PROPERTY LOCATED AT
7202 DEROUSSE CT, PENNSAUKEN, NJ 08110**

The relief set forth on the following pages, numbered one through six, is hereby **ORDERED**.

**DATED: August 16, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

6

Certificate of Notice    Page 2 of 3

Case No.:           14-24134-JNP
Debtor's Name:      Shirley Torrado
Caption of Order:   **ORDER AUTHORIZING JOHN W. HARGRAVE, CHAPTER 7 TRUSTEE, TO SELL DEBTORS' REAL PROPERTY LOCATED AT 7202 DEROUSSE CT, PENNSAUKEN, NJ 08110**

This matter comes before the Court by way of Motion of John W. Hargrave, Chapter 7 Trustee in the above-captioned Chapter 7 Case. The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 21 days of the date of service. No party filed an objection within the time permitted and the Court therefore considers the matter to be unopposed. The Court has considered the Motion, together with the record, and is satisfied that the Motion is well taken and should be granted. Accordingly, it is **ORDERED**:

1.  The Motion is granted.

2.  The notice of the Motion is approved as proper and adequate under the circumstances.

3.  The Trustee is authorized to sell the real property located at 7202 Derousse Ct, Pennsauken, NJ 08110, subject to all liens, encumbrances or interests of any party and in accordance with the terms provided for in the Motion.

4.  The Trustee is authorized to take any and all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale, including, executing a Deed conveying the interests of the Debtor(s) in the Real Property to the ultimate purchaser.

5.  The ultimate purchaser is authorized to communicate with any and all secured lienholders regarding the future disposition of the Property, and to that end, any unsatisfied liens or encumbrances of record.

6.  The Rule 6004(h) stay period is waived and this Order shall be effective and enforceable immediately upon entry.

7

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-24134-JNP
Shirley Torrado                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 16, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
db              #+Shirley Torrado,    7202 Derousse Court,    Pennsauken, NJ 08110-3408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ibalboa@standingtrustee.com
              Joel R. Spivack    on behalf of Debtor Shirley  Torrado joel@spivacklaw.com,  admin@spivacklaw.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com,   jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com
                                                                                             TOTAL: 7